**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**GREGORY D. LINZY**                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.1:10-CV-277-SA-DAS**

**SARA LEE CORPORATION**                                              **DEFENDANT**


## <u>ORDER</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) Defendant's Motion for Summary Judgment [38] is DENIED in its entirety.


**So ORDERED on this, the   _10th____ day of __April_____, 2012.**


**/s/   Sharion Aycock_____**
**UNITED STATES DISTRICT JUDGE**