# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**GREGORY D. LINZY**                                                **PLAINTIFF**

**v.**                                  **CIVIL ACTION NO.1:10-CV-277-SA-DAS**

**SARA LEE CORPORATION**                                 **DEFENDANT**

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) Defendant's Motion for Summary Judgment [38] is DENIED in its entirety.

**So ORDERED on this, the   _10th____ day of __April_____, 2012.**

                                             **/s/   Sharion Aycock_____**
                                             **UNITED STATES DISTRICT JUDGE**